The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAURIE JENKS, by and through STEVEN JENKS as next friend,<br><br>Plaintiff,<br><br>v.<br><br>BLUECROSS BLUESHIELD OF ILLINOIS, an ERISA plan administrator; and THE BOEING COMPANY EMPLOYEE HEALTH BENEFIT PLAN, an ERISA plan,<br><br>Defendant. | Case No. 13-cv-00181-RSL<br><br>ORDER EXTENDING THE TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT |

**ORDER**

WHEREAS, the parties having filed a stipulation and request for an order extending the deadline for Defendants to answer or otherwise respond to Plaintiff's Complaint, and for good cause appearing:

IT IS HEREBY ORDERED that Defendants shall have up to, and including, March 14, 2013, to respond to the Complaint.

DATED this 28th day of February, 2013

*/s/ Robert S. Lasnik*
THE HONORABLE ROBERT S. LASNIK

ORDER EXTENDING TIME TO RESPOND TO COMPLAINT- 1
Cause No. 13-cv-00181-RSL

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300